ACCEPTED
04-15-00078-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/23/2015 1:05:44 PM
KEITH HOTTLE
CLERK

No. 04-15-00078-CV

# In the Court of Appeals for the Fourth Court of Appeals District San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/23/2015 1:05:44 PM
KEITH E. HOTTLE
Clerk

**BRIAN FREEMAN,**

Appellant,

v.

**NEWFIELD EXPLORATION COMPANY,**

Appellee.

ON APPEAL FROM THE 452ND JUDICIAL DISTRICT COURT OF EDWARDS COUNTY, TEXAS

**APPELLANT'S UNOPPOSED MOTION TO DISMISS**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Brian Freeman ("Freeman"), appellant in the above-referenced case, and respectfully files this motion seeking voluntary dismissal of this appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. Appellant no longer desires to pursue this appeal and dismissal will not prevent any other party from seeking relief to which it would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1).

8

5515701.5

Lloyd Muennink, counsel for appellant, has conferred with James M. Truss, counsel for appellee, regarding the merits of this motion. Appellee does not oppose the relief requested herein.

WHEREFORE, PREMISES CONSIDERED, Brian Freeman respectfully requests that the Court grant this motion and dismiss this appeal.

Respectfully submitted,

Lloyd A. Muennink
(512) 478-6623 Telephone
(512) 478-6626 Facsimile
State Bar No. 14629000
lloydmuennink@sbcglobal.net

*Attorney for Appellant Brian Freeman*

5515701.5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Unopposed Motion to Dismiss has been forwarded to all counsel and parties of record, listed below, by e-mail, on this the _12_ day of _March_, 2015.

James M. Truss                    *jmtruss@coxsmith.com*
David Vanderhider          *dvanderhider@coxsmith.com*
Benjamin Robertson        *brobertson@coxsmith.com*
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Tel: (210) 554-5500
Fax: (210) 226-8395

*Attorneys for Appellee Newfield Exploration Company*

Lloyd A. Muennink

5515701.5